UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NYCM Insurance aso Jessica Senecal,

           Plaintiff,

v.

UNITED STATES OF AMERICA,

           Defendant.

Civil Action No.: 6:24-cv-00030
(FJS/TWD)

## NOTICE AND ORDER OF
## VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiff, NYCM Insurance aso Jessica Senecal, and Defendant, United States Postal Service,[1] voluntarily dismiss the above-captioned lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice against Defendant.

Executed this 9th day of April, 2024.

_____
Keith D. Miller, Esq.
Law Office of Keith D. Miller
1000 7th North Street
Liverpool, New York 13088
Attorney for Plaintiff
Bar Roll No. 509388

**SO ORDERED:**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Dated: May 16, 2024, 2024.
      Syracuse, New York

---

1. Plaintiff improperly names the United States Postal Service as the Defendant in this matter. Pursuant to the Federal Torts Claims Act, the United States of America is the only proper defendant in this action. 28 U.S.C. § 2679.